**2014–2256.   State ex rel. Robinson v. Ohio Pub. Emps. Retirement Sys.**

Franklin App. No. 14AP–12. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of the joint motion to remand, it is ordered by the court that the motion is granted and the cause is remanded to the court of appeals to rule on the pending motion to vacate.

It is further ordered that the briefing schedule remains stayed and the parties shall notify the court within ten days of the court of appeals' ruling on the motion to vacate.

**2015–0111.   Ogle v. Hocking Cty.**

Hocking App. No. 14CA3, 2014-Ohio-5422. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2014–0531.   Cincinnati v. Testa.**

Board of Tax Appeals, Nos. 2011–143 through 2011–148. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant Paul Macke's motion to reclassify his merit brief, it is ordered by the court that the motion is granted and the merit brief of Paul Macke is reclassified as an amicus curiae brief.

It is further ordered by the court that the notice of appeal of Paul Macke is dismissed for lack of jurisdiction for failure to timely file the notice of appeal with the Board of Tax Appeals as required by R.C. 5717.04.

**2014–1555.   In re Application of Libretti.**

This cause is pending before the court upon the final report of the Board of Commissioners on Character and Fitness. On January 26, 2015, applicant, Joseph Victor Libretti Jr., filed a motion to supplement the record with supplements to answers to the character questionnaire. Relator, Cleveland Metropolitan Bar Association, filed its response to the motion on February 2, 2015.

Upon consideration thereof, it is ordered by the court that applicant's motion is hereby denied.

PFEIFER, LANZINGER, and O'NEILL, JJ., would grant the motion.